UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CR00446CDP (AGF) |
| | ) | |
| LASH LARUE HOGANS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion for continuance of pretrial motion hearing and extension of time within which to file motions [Doc. #16], filed on September 16, 2009.   For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion for continuance of pretrial motion hearing and extension of time within which to file motions [Doc. #16] is **GRANTED**.  Defendant shall have to and including **October 2, 2009** to file any pretrial motions or waiver of motions.  The government shall have until **October 8, 2009** to respond.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing presently set for September 29, 2009, is continued and rescheduled for **Friday, October 9, 2009, at 9:30 a.m.**  Counsel for both parties and Defendant Lash Larue Hogans, himself, are required to attend.

**Speedy Trial Finding:**  For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for

Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of September, 2009.